

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00046-CV

IN RE PAULA ATKINSON

Original Mandamus Proceeding

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Paula Atkinson has filed a petition for a writ of mandamus arguing that the trial court erred by failing to grant her motion to stay the execution of its final judgment pending our disposition of her prior appeals in this case. Atkinson argues that "[a] Writ of Mandamus to order a stay is necessary to preserve this Court's jurisdiction over the merits of the pending appeals." Because we have issued our opinion in the prior appeals—cause numbers 06-24-00024-CV and 06-24-00057-CV—there is no need for a stay in the trial court pending appeal. As a result, we dismiss Atkinson's petition for a writ of mandamus as moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding).


Charles van Cleef
Justice

Date Submitted:      June 26, 2025
Date Decided:        June 27, 2025